Nicholas J. Barrett, as Executor, etc., Respondent, v. Thomas Keratsas and Another, Appellants.— Order affirmed, with costs. No opinion. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Tillie Salvin, Respondent, v. Herman Rosenbaum, Appellant.     Tillie Salvin, Respondent, v. Herman Rosenbaum, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Willard G. Stanton.—Referee's report approved and charges dismissed. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Harry M. Friedman.—Respondent disbarred by his own consent. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Clarence F. Birdseye.— Application granted. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of Benedict S. Vitale.— Proceeding dismissed. Order to be settled on notice. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Isaac B. Reinhardt.— Reargument ordered. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Brooklyn Structural Steel Company v. Abraham Lechtman and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Austin Baldwin & Company v. Veronica Kohler and Others.— Application denied, with ten dollars costs. Order signed. Present—Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Frieda Hart v. Mark W. Norman.— Application denied, with ten dollars costs. Order signed. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

David Gingold v. Missouri, Kansas and Texas Railway Company.— Application denied, with ten dollars costs. Order signed. Present— Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Ward Lumber Company v. Chas. F. Keyes and Others.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Ward Lumber Company v. Chas. F. Keyes and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Patrick Coyle v. Herbert Dongan Construction Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Hadyn W. Steventon v. Jacob Ruppert.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.